FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL ZWICKER, individually and as a member of the marital community; and BRANDY ZWICKER, individually and as a member of the marital community,<br><br>    Plaintiffs,<br><br>    v.<br><br>OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 4, a municipal corporation and public hospital district doing business as NORTH VALLEY HOSPITAL; JAN GONZALES, individually and as a representative of North Valley Hospital; HELEN VERHASSELT, individually and as a representative of North Valley Hospital; RON O'HALLORAN, individually and as a representative of North Valley Hospital; HELEN CASEY, individually and as a member of the North Valley Hospital Board of Commissioners; DICK LARSON, | NO. 2:17-cv-00415-SAB<br><br>**ORDER GRANTING STIPULATED MOTION** |

**ORDER GRANTING STIPULATED MOTION ^ 1**

| | |
|---|---|
| individually and as a member of the North Valley Hospital Board of Commissioners; CLARICE NELSON, individually and as a member of the North Valley Hospital Board of Commissioners; ADAM TIBBS, individually and as a member of the North Valley Hospital Board of Commissioners; and HERB WANDLER, individually and as a member of the North Valley Hospital Board of Commissioners,<br><br>         Defendants. | |

Before the Court is the parties' Joint Motion and Stipulation for Dismissal of Plaintiffs' Second Cause of Action, ECF No. 9. The parties stipulate and request the Court dismiss Plaintiffs' Second Cause of Action, Violation of Title VII of the Civil Rights Act, for Plaintiffs' failure to exhaust administrative remedies. The Court finds good cause to grant the motion.

//
//
//
//
//
//
//
//
//

Accordingly, **IT IS HEREBY ORDERED:**

**ORDER GRANTING STIPULATED MOTION ^ 2**

1. The parties' Joint Motion and Stipulation for Dismissal of Plaintiffs' Second Cause of Action, ECF No. 9, is **GRANTED**.

2. Plaintiffs' Second Cause of Action, Violation of Title VII of the Civil Rights Act, is **DISMISSED** with prejudice and without costs or expenses to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 1st day of August 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION ^ 3**