WILLIAM M. SYMMES, WSBA # 24132
CASEY M. BRUNER, WSBA #50168
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Telephone:   509 624 5265
Facsimile:    509 458 2728
Email: wms@witherspoonkelley.com
       cmb@witherspoonkelley.com
*Counsel for the Defendant, Helen Verhasselt*

SUSAN W. TROPPMANN, WSBA # 22235
ANDREA ASAN, WSBA # 35395
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, WA  99201
Telephone:   (509)-232-7760
Facsimile:    (509) 232-7762
Email: susan@swt-law.com
       aasan@pt-law.com
*Counsel for the Defendants, Okanogan County Public Hospital District No. 4, Jan Gonzales, Ron O'Halloran, Helen Casey, Dick Larson, Clarice Nelson, Adam Tibbs and Herb Wandler*

JERRY J. MOBERG, WSBA # 5282
PATRICK R. MOBERG, WSBA # 41323
JAMES E. BAKER, WSBA # 9459
JERRY MOBERG & ASSOCIATES
P.O. Box 130
124 Third Avenue S.W.
Ephrata, WA  98823
Telephone: (509) 754-2356
Facsimile:  (509) 754-4202
Email:    jmoberg@jmlawps.com
          pmoberg@jmlawps.com
          jbaker@jmlawps.com
*Attorneys for Plaintiffs, Michael Zwicker and Brandy Zwicker*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL ZWICKER, individually and as a member of the marital community; BRANDY ZWICKER, individually and as a member of a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 4, a municipal corporation and public hospital district doing business as NORTH VALLEY HOSPITAL; JAN GONZALES, | No. 17-CV-00415-SAB<br><br>**AMENDED** JOINT STATUS CONFERENCE CERTIFICATE AND PROPOSED DISCOVERY PLAN<br><br>**Telephonic Scheduling Conference: To Be Determined** |

AMENDED JOINT STATUS
CONFERENCE CERTIFICATE AND
PROPOSED DISCOVERY PLAN - 1

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

individually and as a representative of North Valley Hospital; HELEN VERHASSELT, individually and as a representative of North Valley Hospital, RON O'HALLORAN, individually and as a representative of North Valley Hospital; HELEN CASEY, individually and as a member of the North Valley Hospital Board of Commissioners; DICK LARSON, individually and as a member of the North Valley Hospital Board of Commissioners; CLARICE NELSON, individually and as a member of the North Valley Hospital Board of Commissioners; ADAM TIBBS, individually and as a member of the North Valley Hospital Board of Commissioners; HERB WANDLER, individually and as a member of the North Valley Hospital Board of Commissioners,

Defendants.

Counsel for Plaintiffs and Defendants conferred on April 2, 2019, and again on May 17, 2019, in compliance with Fed. R. Civ. P ("Rule") 26(f) and the Court's February 14, 2019, Notice Setting Telephonic Scheduling Conference [ECF No. 11]. Having conferred, the undersigned submit the following Amended Joint Status Conference Certificate and FRCP 26(f) Proposed Discovery Plan:

**A.** **Service of Process on Parties Not Yet Served:** All parties have been served.

**B.** **Jurisdiction and Venue:** Neither party disputes jurisdiction or venue.

AMENDED JOINT STATUS
CONFERENCE CERTIFICATE AND
PROPOSED DISCOVERY PLAN - 2

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**C.** **Anticipated Motions:** The parties anticipate various dispositive motions.

**D.** **Disclosures per FRCP 26(a)**: The parties have discussed the nature and basis of their claims and defenses and the possibilities for settlement of the case. It was agreed, subject to Court approval, that Plaintiffs' and Defendants' counsel would exchange Initial Disclosures as required under Fed. R. Civ. P. 26(a)(1) no later than June 28, 2019.

**E.** **FRCP 26(f)(3) Items and Discovery Plan:**

**E.1** **Suggested Dates:**

The parties agree with the suggested deadlines outlined in the Notice Setting Telephonic Scheduling Conference [ECF No. 11], including:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures Served | June 28, 2019 |
| Discovery Cutoff | 140 days before trial |
| Dispositive Motion filing cutoff | 132 days before trial |
| Trial date (est. 10-15 days) | Oct. or Nov. 2020 |

**E.2**. **Special Discovery Procedures**: It is not anticipated that any special discovery procedures will be needed, such as subject-based discovery, bifurcated discovery, or phased discovery. It is not anticipated that this case will have significant amounts of electronically stored information ("ESI") or require deviation from customary discovery practices.

AMENDED JOINT STATUS
CONFERENCE CERTIFICATE AND
PROPOSED DISCOVERY PLAN - 3

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**E.3. ESI Format:** To the extent ESI is to be produced, the parties agree that ESI will be produced to the requesting party with searchable text, in a format to be decided between the parties. Acceptable formats include, but are not limited to, native files, multi-page TIFFs (with a companion OCR or extracted text file), single-page TIFFs (only with load files for e-discovery software that includes metadata fields identifying natural document breaks and also includes companion OCR and/or extracted text files), and searchable PDF. Unless otherwise agreed, files that are not easily converted to image format, such as spreadsheets, database and drawing files, should be produced in native format. If metadata information is to be produced, the metadata requested is "author", "to", "from", "cc", "subject", "date", filename, original pathname, date modified and date created. Non-ESI documents shall be produced in an electronic format (PDF) as single documents or in manner that identifies appropriate document breaks.

**E.4. Claw Back:** Information produced in discovery that is protected as privileged or work product shall be immediately returned to the producing party, and its production shall not constitute a waiver of such protection, if: (i) such information appears on its face to have been inadvertently produced, or (ii) the producing party provides notice within 15 days of discovery by the producing party of the inadvertent production.

AMENDED JOINT STATUS
CONFERENCE CERTIFICATE AND
PROPOSED DISCOVERY PLAN - 4

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**E.5.  Appropriateness of other special procedures.**  The consolidation of actions is not applicable.  The parties do not consent to have the case heard by a Magistrate Judge and have notified the Clerk's Office.

**E.6**.  **Modification of the standard pretrial procedures due to the relative simplicity or complexity of the action or proceeding:**  None.

**E.7.  Feasibility of bifurcation, or otherwise structuring sequence of discovery or the trial:**  Not applicable.  See E.2. above.

**E.8.  Settlement prospects and possibility of ADR:**  The parties have, in good faith, agreed to participate in mediation.  The original mediation date of May 13, 2019, has been moved to June 3, 2019.

**E.9.  Any other matters which may be conducive to the just, efficient and economical determination of the action or proceeding, including the definition or limitation of issues:**  The parties are currently unaware of any such matters.

///

///

///

///

AMENDED JOINT STATUS
CONFERENCE CERTIFICATE AND
PROPOSED DISCOVERY PLAN - 5

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

DATED this 20th day of May, 2019.

        WITHERSPOON·KELLEY
        By:   s/ *William M. Symmes*
           WILLIAM M. SYMMES, WSBA #24132
           CASEY M. BRUNER, WSBA # 50168
           Attorneys for Defendant, Verhasselt
           422 W. Riverside Ave., #1100
           Spokane, WA  99201
           Telephone:  509-624-5265
           Email:  wms@witherspoonkelley.com
                  cmb@witherspoonkelley.com

        PAUKERT & TROPPMANN, PLLC
        By:   s/ *Telephonically approved*
           SUSAN W. TROPPMANN, WSBA # 22235
           ANDREA ASAN, WSBA # 35395
           Attorneys for the Defendants: Okanogan County Public Hospital District No. 4, Jan Gonzales, Ron O'Halloran, Helen Casey, Dick Larson, Clarice Nelson, Adam Tibbs and Herb Wandler
           522 W. Riverside Avenue, Suite 560
           Spokane, WA  99201
           Telephone:     (509)-232-7760
           Email:  susan@swt-law.com
                  aasan@pt-law.com

        JERRY MOBERG & ASSOCIATES
        By:   s/ *Telephonically approved*
           JERRY J. MOBERG, WSBA # 5282
           PATRICK R. MOBERG, WSBA # 41323
           JAMES E. BAKER, WSBA # 9459
           Attorneys for Plaintiffs, Michael Zwicker and Brandy Zwicker
           P.O. Box 130
           124 Third Avenue S.W.
           Ephrata, WA  98823
           Telephone:  (509) 754-2356
           Email:  jmoberg@jmlawps.com
                  pmoberg@jmlawps.com
                  jbakerk@jmlawps.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May 2019, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

    Jerry J. Moberg, jmoberg@jmlawps.com
    Patrick R. Moberg, pmoberg@jmlawps.com
    James E. Baker, jbaker@jmlawps.com
    Susan W. Troppmann, susan@swt-law.com
    Andrea L. Asan, aasan@pt-law.com

I hereby certify that I caused to have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

I hereby certify that I caused to be hand delivered by courier the document to the following non-CM/ECF participants: NONE.

    s/ *William M. Symmes*
    William M. Symmes, WSBA #24132
    Witherspoon · Kelley
    422 W. Riverside Ave., Suite 1100
    Spokane, WA  99201-0300
    Phone: 509-624-5265
    Fax: 509-458-2717
    wms@witherspoonkelley.com