UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL ZWICKER, individually and as a member of the marital community; and BRANDY ZWICKER, individually and as a member of the marital community,

    Plaintiffs,

    v.

OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 4, a municipal corporation and public hospital district doing business as NORTH VALLEY HOSPITAL; JAN GONZALES, individually and as a representative of North Valley Hospital; HELEN VERHASSELT, individually and as a representative of North Valley Hospital; RON O'HALLORAN, individually and as a representative of North Valley Hospital; HELEN CASEY individually and as a member of the North Valley Hospital Board of Commissioners; DICK LARSON, individually and as a member of

NO. 2:17-CV-00415-SAB

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHAEL ZWICKER'S CLAIMS AGAINST ALL DEFENDANTS**

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHAEL ZWICKER'S CLAIMS AGAINST ALL DEFENDANTS** \* 1

the North Valley Hospital Board of Commissioners; CLARICE NELSON, individually and as a member of the North Valley Hospital Board of Commissioners; ADAM TIBBS, individually and as a member of the North Valley Hospital Board of Commissioners; and HERB WANDLER, individually and as a member of the North Valley Hospital Board of Commissioners,

        Defendants.

Before the Court is Plaintiffs' Voluntary Dismissal with Prejudice of Plaintiff Michael Zwicker's Claims against all Defendants, ECF No. 30. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Zwicker moves to dismiss all claims brought by him, with prejudice. The Court finds good cause to accept the notice and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Voluntary Dismissal with Prejudice of Plaintiff Michael Zwicker's Claims against all Defendants, ECF No. 30, is **ACCEPTED and ENTERED into the record**.

//
//
//
//
//

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHAEL ZWICKER'S CLAIMS AGAINST ALL DEFENDANTS** * 2

2. Plaintiff Michael Zwicker and claims brought by him are **DISMISSED with prejudice** and without costs or attorney fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and to **close** the file.

**DATED** this 3rd day of December 2019.



Stanley A. Bastian
United States District Judge

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF MICHAEL ZWICKER'S CLAIMS AGAINST ALL DEFENDANTS * 3**